FILED

08/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0307

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TERRY RAY BLANTON,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 20, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 16 2021